No. 00–7859. LAMPKIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–7860. RUSSELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–7861. BAKER *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 00–7865. PO CHIENG MA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–7867. STARR *v.* MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–7870. GIBSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7871. SANDS *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 00–7874. DAVAGE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7876. CARRILLO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7880. MOSQUERA-OLAVE, AKA RODRIGUEZ SANTOS, AKA SANTOS RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7882. AMARILLE *v.* OFFICE OF PERSONNEL MANAGEMENT; and
No. 00–7883. DANAO *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 00–7889. BAKER *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–7890. BASTIDAS-NUNEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7891. WILLIAMS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.